No. 98-5466. CAPPS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98-5467. BROWN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98-5469. ABNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-5471. CRAIG *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98-5472. CANADY *v.* BAKER, SUPERINTENDENT, MANSFIELD CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 98-5473. CONNELLY *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 98-5474. RUIZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98-5476. RAMIREZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98-5477. SMITH *v.* UNITED STATES; and
No. 98-5478. SUMLER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Reported below: 136 F. 3d 188.

No. 98-5482. STEELEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-5483. PATTERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98-5488. HYNES *v.* SQUILLACE ET AL. C. A. 2d Cir. Certiorari denied.

No. 98-5489. FELIPE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98-5490. HERNANDEZ *v.* UNITED STATES; and
No. 98-5800. HERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 141 F. 3d 1042.